BARFIELD, J.
 

 The Office of Criminal Conflict and Civil Regional Counsel petitions this court for a writ of certiorari, challenging an order entered upon the circuit court’s appointment of this petitioner to represent a convicted
 
 *448
 
 felon in an evidentiary hearing under Florida Rule of Criminal Procedure 3.850. In appointing the petitioner, the circuit court declined to follow the precedent established in
 
 Deen v. Wilson,
 
 1 So.3d 1179 (Fla. 5th DCA 2009), and improperly made the appointment in this collateral criminal proceeding without statutory authorization. That was a departure from the essential requirements of law, without an adequate remedy by later appeal, so as to warrant relief by certiorari. The petition is therefore granted, and the challenged order is quashed.
 

 KAHN and VAN NORTWICK, JJ., concur.